**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 08, 2015

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Dante Eli Dominguez
The Law Office of Dante Eli Dominguez
310 S. St. Mary's Street, Suite 1215
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00397-CR
Tr.Ct.No. 12CR2436-E
Style:   Trinity Ringelstein v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   148th District Court (DELIVERED VIA E-MAIL)
       Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)